IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS, SPRINGFIELD DIVISION

| | |
|---|---|
| LAURA BLIVEN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 20-cv-3144 |
| ANDREW SAUL, Commissioner of Social Security, | ) ) ) ) |
| Defendant. | ) ) |

## OPINION

TOM SCHANZLE-HASKINS, U.S. MAGISTRATE JUDGE:

This matter comes before the Court on the Joint Motion for Remand (d/e 16) (Motion). The parties consented to proceed before this Court. Consent to the Exercise of Jurisdiction by a United States Magistrate Judge and Reference Order entered January 8, 2021 (d/e 15). After careful review, the Court will allow the Motion.

THEREFORE, IT IS ORDERED that the Joint Motion for Remand (d/e 16) is ALLOWED. The decision of the Defendant Commissioner is REVERSED and REMANDED pursuant to 42 U.S.C. § 405(g) sentence four. On remand, the Appeals Council will remand the matter to an Administrative Law Judge (ALJ). The ALJ will then otherwise develop the administrative record as necessary to determine whether Plaintiff is

disabled within the meaning of the Social Security Act, and then issue a new decision. In so doing, the ALJ will evaluate Plaintiff's RFC, with citation to the medical evidence that supports each limitation assessed; evaluate the record medical opinions; evaluate Plaintiff's subjective statements under SSR 16-3p; obtain additional vocational evidence if warranted; and issue a new decision.  All pending motions are DENIED as moot.  This CASE IS CLOSED before this Court.

ENTER:   January 13, 2021

*s/ Tom Schanzle-Haskins*
TOM SCHANZLE-HASKINS
UNITED STATES MAGISTRATE JUDGE